[No. 6072–1. Division One. January 15, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM ALAN LESSARD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82084, Frank J. Eberharter, J., entered October 31, 1977. *Affirmed in part* and *reversed in part* by unpublished opinion per Williams, J., concurred in by James and Dore, JJ.

[No. 6247–1. Division One. January 15, 1979.]

C. FRED MUEHLEN, *Appellant,* v. FLORENCE MUEHLEN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 215302, Hardyn B. Soule, J., entered February 23, 1976. *Affirmed as modified* by unpublished opinion per James, J., concurred in by Swanson and Ringold, JJ.

[No. 2545–3. Division Three. January 16, 1979.]

ROBERT L. BLANCHARD, ET AL, *Appellants,* v. YAKIMA CEMENT PRODUCTS COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 60371, Howard Hettinger, J., entered August 26, 1977. *Reversed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 2244–3. Division Three. January 16, 1979.]

TODD GILMORE, JR., *Respondent,* v. SUSAN GILMORE, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. 26292, Philip H. Faris, J., entered December 29, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson and Roe, JJ.